UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

xLM SOLUTIONS, LLC,

Plaintiff,

v.

MECANICA SOLUTIONS, INC.,

Defendant.
_____/

Case No. 18-cv-10443

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
ELIZABETH A. STAFFORD

## ORDER DISMISSING AS MOOT MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION [3]

The Plaintiff, xLM Solutions, LLC, initiated this action in state court on December 15, 2017. *See* Dkt. No. 1, p. 20 (Pg. ID 20). The Defendant, Mecanica Solutions, Inc., filed for removal to this Court and then, on February 14, 2018, moved to dismiss the Complaint for lack of personal jurisdiction. Dkt. No. 3.

The Plaintiff filed an Amended Complaint on February 28, 2018, however. Dkt. No. 5. Therefore, the Court will DISMISS as MOOT the Defendant's February 14, 2018 Motion to Dismiss the Complaint [3].

The Defendant's Motion to Dismiss the Amended Complaint for Lack of Personal Jurisdiction, of course, is still pending before the Court. *See* Dkt. No. 8.

IT IS SO ORDERED.

Dated: April 18, 2018                               /s/Gershwin A. Drain
                                                   GERSHWIN A. DRAIN
                                                   United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 18, 2018, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk